[No. 21452-4-III. Division Three. November 18, 2003.]

THE STATE OF WASHINGTON, *Respondent,* v. AMANDA LEIGH SHOCKEY, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 01-1-00916-1, Carolyn A. Brown, J., entered September 11, 2002. *Reversed* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kato, JJ.

[No. 21483-4-III. Division Three. November 18, 2003.]

THE STATE OF WASHINGTON, *Respondent,* v. MATTHEW JAMES MITCHELL, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 01-1-01917-7, F. James Gavin, J., entered October 10, 2002. *Reversed* by unpublished opinion per Kato, A.C.J., concurred in by Sweeney and Kurtz, JJ.

[No. 21644-6-III. Division Three. November 18, 2003.]

WILLIAM J. CLARK, ET AL., *Appellants,* v. ROSAUERS SUPERMARKET, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 02-2-05035-7, Ellen K. Clark, J., entered November 12, 2002. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Brown, C.J., and Kurtz, J.

[No. 21668-3-III. Division Three. November 18, 2003.]

CHAU LAP TRUONG, *Respondent,* v. SAMUEL C. RUTHERFORD, *Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. 01-2-00655-4, Ted W. Small, J., entered December 11, 2002. *Affirmed in part* and *remanded* by unpublished opinion per Kato, A.C.J., concurred in by Sweeney and Kurtz, JJ.